WILSON R. HUNTER, Respondent, *v.* MUTUAL RESERVE LIFE INSURANCE COMPANY, Appellant.

Reported below, 118 App. Div.  94.
(Argued May 20, 1907; decided May 28, 1907.)

MOTION to dismiss an appeal, by permission, from a judgment entered March 13, 1907, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the Appellate Term reversing a judgment of the City Court of New York in favor of plaintiff and dismissing the complaint and affirmed the judgment of said City Court.

The motion was made upon the ground that the questions involved have been considered by and passed upon by the Court of Appeals and by the United States Supreme Court and that the judgment herein is in harmony with such decisions.

*Albert P. Massey* for motion.

*Sewell T. Tyng* opposed.

Motion denied, with ten dollars costs.